## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELLY MAE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **U.S. POSTAL SERVICE** | **NO. 22-00498-BAJ-EWD** |

## RULING AND ORDER

Plaintiff, proceeding *pro se*, has submitted a standard form complaint alleging that the "U.S. Postal Service" is "lying [and] doing illegal [sic] to my home." (Doc. 1). Attached to Plaintiff's complaint is a document adding (among other things) that unidentified "Postal Service Inspectors" have caused the sound and picture of her televisions to "cramp," her refrigerator to emit cold air, and her air conditioning pipes to make black mold, and have also tampered with her cameras and doorbell. (Doc. 1-1).

Pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 6, the "Report")**, noting that Plaintiff—herself a former postal worker—pursued essentially the same claims in a prior action before this Court, which was dismissed with prejudice in September 2020, following an evidentiary hearing. The Report recommends that Plaintiff's latest attempt to resurrect her claims be rejected, that Plaintiff's new action be dismissed with prejudice as frivolous and malicious, and that Plaintiff be required to obtain permission from the Court prior to pursuing the same claims again. (*Id.* at 9). Plaintiff objects to the Report. (Doc. 8)

Johnson Certified Mail Receipt : 7020 1810 0000 5305 5520

Upon de novo review, and having carefully considered Plaintiff's Complaint, the Report, and Plaintiff's objections, and the record of Plaintiff's prior action in this District (*Johnson v. U.S. Postal Services*, No. 20-cv-00074-SDD-RLB), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as frivolous and malicious.

**IT IS FURTHER ORDERED** that before filing any further actions that similarly allege (1) the same prescribed claims and claims over which this Court does not have subject matter jurisdiction, or (2) the same claims without enough factual support to state a claim, Plaintiff must obtain permission from a judge of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on Shelly Mae Johnson via regular and certified mail, return receipt requested at her address listed on PACER.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 20th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**